THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK STATE REALTY AND TERMINAL COMPANY, Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [299 Park Ave., Borough of Manhattan.] THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY, Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [PARK LANE WAY, and Other Premises, Borough of Manhattan.] — Orders unanimously modified by fixing the values as follows:

### Block 1303, Lot 1

| Year | Land | Building | Total |
|---|---|---|---|
| 1940–41 | $2,010,000 | $1,850,000 | $3,860,000 |
| 1941–42 | 2,010,000 | 1,850,000 | 3,860,000 |
| 1942–43 | 2,010,000 | 1,850,000 | 3,860,000 |
| 1943–44 | 2,010,000 | 1,850,000 | 3,860,000 |
| 1944–45 | 2,010,000 | 1,850,000 | 3,860,000 |
| 1945–46 | 2,010,000 | 1,850,000 | 3,860,000 |
| 1946–47 | 2,300,000 | 1,850,000 | 4,150,000 |
| 1947–48 | 2,300,000 | 1,850,000 | 4,150,000 |
| 1948–49 | 2,300,000 | 1,850,000 | 4,150,000 |
| 1949–50 | 2,350,000 | 1,850,000 | 4,200,000 |
| 1950–51 | 2,350,000 | 1,850,000 | 4,200,000 |

### Block 1303, Lot 14

| Year | Land | Building | Total |
|---|---|---|---|
| 1940–41 | 2,170,000 | 2,400,000 | 4,570,000 |
| 1941–42 | 2,170,000 | 2,400,000 | 4,570,000 |
| 1942–43 | 2,170,000 | 2,400,000 | 4,570,000 |
| 1943–44 | 2,170,000 | 2,400,000 | 4,570,000 |
| 1944–45 | 2,170,000 | 2,400,000 | 4,570,000 |
| 1945–46 | 2,170,000 | 2,400,000 | 4,570,000 |
| 1946–47 | 2,170,000 | 2,400,000 | 4,570,000 |
| 1947–48 | 2,170,000 | 2,400,000 | 4,570,000 |
| 1948–49 | 2,170,000 | 2,400,000 | 4,570,000 |
| 1949–50 | 2,210,000 | 2,400,000 | 4,610,000 |
| 1950–51 | 2,210,000 | 2,400,000 | 4,610,000 |

### Block 1303, Lot 6

| Year | Land | Building | Total |
|---|---|---|---|
| 1947–48 | 335,000 | 20,000 | 355,000 |
| 1948–49 | 335,000 | 20,000 | 355,000 |
| 1949–50 | 340,000 | 20,000 | 360,000 |
| 1950-51 | 340,000 | 20,000 | 360,000. |

As so modified the orders are affirmed. On the record before this court these values are warranted by the evidence. Settle orders on notice. Present — Peck, P. J., Glennon, Cohn, Breitel and Bergan, JJ.